### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES,<br>Plaintiff<br><br>v.<br><br>DANIEL RESNICK,<br>Defendant. | Motion to Withdraw as Counsel<br>No. 7:21-mj-11991-UA<br><br>Criminal Action |

### MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

Undersigned counsel, Patrick A. Mullin, Esq. ("Mr. Mullin"), files this motion to withdraw as counsel for defendant Daniel Resnick ("Mr. Resnick") in the above-captioned matter, pursuant to Southern District of New York Local Civil Rule 1.4 and Local Criminal Rule 1.4, as well as New York Rules of Professional Conduct 1.16, for the reasons set forth herein. This is defense counsel's first motion to withdraw as counsel for Mr. Resnick.

1. Mr. Mullin entered an appearance on behalf of Mr. Resnick at the Initial Appearance held in this matter on December 16, 2021.

2. Mr. Resnick subsequently retained new defense counsel, Attorneys Nola Breglio Heller, Samson Aaron Enzer, and Zachary Maxwell Missan of the law firm of Cahill Gordon & Reindel LLP, each of whom entered a written notice of appearance with the Court on behalf of Mr. Resnick on May 2, 2022.

3. Mr. Resnick has further advised that Mr. Mullin will no longer be representing his interests in the instant matter. Accordingly, based upon the foregoing and because Mr. Resnick has retained new defense counsel, Mr. Mullin submits that permitting his withdrawal as counsel for Mr. Resnick will not result in any foreseeable prejudice to Mr. Resnick's rights, and Mr. Resnick has been given reasonable notice of this application. *See* NY RPC § 1.16(d).

For these reasons, Mr. Mullin respectfully requests that the Court grant this Motion and permit his withdrawal as counsel for Mr. Resnick in this matter.

Dated: May 31, 2022
Fort Lee, New Jersey

Respectfully Submitted,
**/s/ Patrick A. Mullin**
Patrick A. Mullin, Esq.
S.D.N.Y. No. PM6138, NY Bar No. 2331346
The Law Offices of Patrick A. Mullin
45 Rockefeller Plaza, Suite 2000
New York, New York 10111
Phone: (212)639-1600
Facsimile: (201)242-9610
Mullin@Taxdefense.com

**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES,<br>Plaintiff<br><br>v.<br><br>DANIEL RESNICK,<br>Defendant. | No. 7:21-mj-11991-UA<br><br>Criminal Action |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Motion to Withdraw as Counsel for Defendant has been served via the ECF system for the U.S. District Court for the Southern District of New York upon: (a) Derek Wikstrom, AUSA, U.S. Attorney's Office for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 via ECF; (b) Nola Breglio Heller, Esq., Cahill Gordon & Reindel LLP, 32 Old Slip, New York, New York 10005 via ECF; (c) Samson Aaron Enzer, Esq., Cahill Gordon & Reindel LLP, 32 Old Slip, New York, New York 10005 via ECF; (d) Zachary Maxwell Missan, Esq., Cahill Gordon & Reindel LLP, 32 Old Slip, New York, New York 10005 via ECF; and (e) Defendant Daniel Resnick via USPS First-Class Mail, FedEx Priority Overnight Delivery, and email transmission.

Dated: May 31, 2022
       Fort Lee, New Jersey

                                                                     **/s/ Patrick A. Mullin**
                                                                      Patrick A. Mullin, Esq.

## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES,  ]<br>Plaintiff  ]<br>  ]<br>v.  ]<br>  ]<br>DANIEL RESNICK,  ]<br>Defendant.  ]<br>  ] | No. 7:21-mj-11991-UA<br><br>Criminal Action |

## ORDER

The motion of Patrick A. Mullin to withdraw as counsel for Defendant Daniel Resnick is GRANTED.

SIGNED at White Plains, New York, on _____, 2022.

_____

4