# CAHILL GORDON & REINDEL LLP
## 32 OLD SLIP
## NEW YORK, NY 10005

| | | | | |
|---|---|---|---|---|
| HELENE R. BANKS | ARIEL GOLDMAN | TELEPHONE: (212) 701-3000 | BRIAN T. MARKLEY | ANTHONY K. TAMA |
| ANIRUDH BANSAL | PATRICK GORDON | WWW.CAHILL.COM | MEGHAN N. McDERMOTT | JONATHAN D. THIER |
| DAVID L. BARASH | JASON M. HALL | | WILLIAM J. MILLER | JOHN A. TRIPODORO |
| LANDIS C. BEST | STEPHEN HARPER | 1990 K STREET, N.W. | EDWARD N. MOSS | GLENN J. WALDRIP, JR. |
| BRADLEY J. BONDI | WILLIAM M. HARTNETT | WASHINGTON, DC 20006-1181 | NOAH B. NEWITZ | HERBERT S. WASHER |
| BROCKTON B. BOSSON | NOLA B. HELLER | (202) 862-8900 | WARREN NEWTON § | MICHAEL B. WEISS |
| JONATHAN BROWNSON * | CRAIG M. HOROWITZ | | DAVID R. OWEN | DAVID WISHENGRAD |
| JOYDEEP CHOUDHURI * | DOUGLAS S. HOROWITZ | CAHILL GORDON & REINDEL (UK) LLP | JOHN PAPACHRISTOS | C. ANTHONY WOLFE |
| JAMES J. CLARK | TIMOTHY B. HOWELL | 20 FENCHURCH STREET | LUIS R. PENALVER | COREY WRIGHT |
| CHRISTOPHER W. CLEMENT | DAVID G. JANUSZEWSKI | LONDON EC3M 3BY | KIMBERLY PETILLO-DÉCOSSARD | ELIZABETH M. YAHL |
| LISA COLLIER | ELAI KATZ | +44 (0) 20 7920 9800 | SHEILA C. RAMESH | JOSHUA M. ZELIG |
| AYANO K. CREED | JAKE KEAVENY | | MICHAEL W. REDDY | |
| PRUE CRIDDLE ± | BRIAN S. KELLEHER | | OLEG REZZY | |
| SEAN M. DAVIS | RICHARD KELLY | WRITER'S DIRECT NUMBER | THORN ROSENTHAL | * ADMITTED AS A SOLICITOR IN ENGLAND AND WALES ONLY |
| STUART G. DOWNING | CHÉRIE R. KISER ‡ | | TAMMY L. ROY | ± ADMITTED AS A SOLICITOR IN WESTERN AUSTRALIA ONLY |
| ADAM M. DWORKIN | JOEL KURTZBERG | | JONATHAN A. SCHAFFZIN | ‡ ADMITTED IN DC ONLY |
| ANASTASIA EFIMOVA | TED B. LACEY | | DARREN SILVER | § ADMITTED AS AN ATTORNEY IN THE REPUBLIC OF SOUTH AFRICA ONLY |
| JENNIFER B. EZRING | MARC R. LASHBROOK | | JOSIAH M. SLOTNICK | |
| HELENA S. FRANCESCHI | ALIZA R. LEVINE | | RICHARD A. STIEGLITZ JR. | |
| JOAN MURTAGH FRANKEL | JOEL H. LEVITIN | | ROSS E. STURMAN | |
| JONATHAN J. FRANKEL | GEOFFREY E. LIEBMANN | | SUSANNA M. SUH | |

(212) 701-3008

October 27, 2022

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
Charles L. Brieant United States Courthouse
300 Quarropas Street
White Plains, NY 10601

    Re:  *United States* v. *Daniel Resnick*, 21 Mag. 11991

Dear Judge Krause:

  On behalf of my client, Daniel Resnick, I respectfully request the Court's approval of the following exception to the terms of Mr. Resnick's pretrial release.

  The conditions of Mr. Resnick's pretrial release currently restrict his personal association, residence, or travel to the Southern, Eastern, and Northern Districts of New York and the District of New Jersey. ECF 6. With the Court's permission, Mr. Resnick would like to travel to the Southern District of Florida between November 23 and November 27 to see family for the Thanksgiving holiday.

CAHILL GORDON & REINDEL LLP

-2-

Neither the Government nor Pretrial Services objects to this request.

                Sincerely,

                /s/
                Nola B. Heller
                *Counsel for Daniel Resnick*

cc:    Derek Wikstrom, Assistant United States Attorney (via email)
        United States Pretrial Services Officer Shannon Finneran (via email)